UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TARA MONROE,

    Plaintiff,

v.                                                  Case No. 3:24-cv-717-TJC-MCR

FANATICS RETAIL GROUP
FULFILLMENT, LLC,

    Defendant.

---

**O R D E R**

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. 12). On November 13, 2024, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 13) recommending that the Motion be **GRANTED**, the Settlement Agreement be **APPROVED**, and the case be **DISMISSED with prejudice**. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 13), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 13) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Approval of Settlement (Doc. 12) is **GRANTED**.

3. The Settlement Agreement is **Approved**, and the case is **Dismissed with Prejudice.**

4. The Clerk is directed to close the file and terminate any pending motions or deadlines.

**DONE AND ORDERED** in Jacksonville, Florida the 4th day of December, 2024.



TIMOTHY J. CORRIGAN
Senior United States District Judge

ddw
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record